# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Tara Lucifer Sehkmet Xi Ali

**PETITIONER**

vs.

United States

Social Security Administration

Ms Rose Mary Buehler ;Regional Commissioner

Ms Vanessa Callahan Social Security Supervisor

Ms Marve Bulgin Social Security Employee

**Respondents.**

5:19-CV-601-OC 30PRL

## Affidavit/writ in the form of Title 42 Section 1983

### Caveat

Non-Lawyers are to be considered without regard to technicality; Non-Lawyer litigants filings and documents are not to be held to the same high standards of perfection as lawyers. See Picking v. Pennsylvania R. Co. 151 Fed. 2nd 240; Pucket v. Cox 456 2nd 233;

Indeed, no more than affidavits is necessary to make a prima facie case." (See United States v. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982.); An Unrebutted Affidavit Stands as Truth. See Data Disc, Inc. v. Systems Tech. Assocs., Inc. 557 F.2d 1280 (9th Cir. 1977).

Sui jurist, in propria persona; void ab initio as a pro se litigant ;Any appearance made in any Court room for the record, or off the record,or any other tribunal is made; in special appearance only ,as.well.as DE BENE ESSE, An Individual appearing in special appearance only. For the record in de bene esse'. See: Farmers Trust Co. V. Alexander 6A.2d2Also an Non-lawyer pleading must be consider without regards to technicality, and are to be held to the same standards as lawyers See: Picking V. Pennsylvania R. Co. 151 Fed 2nd 240; Pucket V. Cox 456 2nd 233; also see Haines V. Kremer 404, U. S., 519, 522.

The presentment of this Affidavit /Document ,and all that is contained herein, shall not confer any implied, explicit, implicit, or tacit jurisdiction. Nor shall not imply any conformity to any tacit, implicit, complicit collusion or enjoinder. Nor shall not constitute an adhesion; nor shall not alter, change, reduce the status of the Affiant/petitioner. All that's contained herein is in accordance with natural,Hakuh law and pursuant to the Laws of the United States Of America. Further the use of any Statues, Codes, Rules,and regulations is only to notify that which is applicable, and shall not be construe to confer,submit,or to have enter into any jurisdiction altering, changing or reducing the status of the Affiant/petitioner.

### Jurisdiction:
### Pursuant to - Title 42 Section 1983 Lawsuit

**Pursuant to Public Law at 42 Stat 13-15 as Original Intent of Congress primae facie code USC 42 section 1983**
"Every person who under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and

laws, shall be liable to the party injured in an action at law, Suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia"

### Pursuant to Violations of the 9th & 10th Amendments to the Constitution for the United States of America

*Pursuant to the listed federal cases:*

Coppage v. Kansas 236 U.S. 1,

In re McUlta 189 F. 250

I Tara Lucifer Sehkmet Xi Ali, Indigenous, Aboriginal, Moor American, National of The Aboriginal Republic of North America, Sui jurist, in propria persona; void ab initio as a pro se litigant ;henceforth refer to I,me, myself, my; am of the age of maturity and mentally competent to make this Official Affidavit of Testimonial Facts for the Court Record. I Tara Lucifer Sehkmet Xi Ali, Indigenous, Aboriginal, Moor American, National of The Aboriginal Republic of North America, Sui jurist, in propria persona; void ab initio as a pro se litigant, have personal knowledge of the facts in this testimony and affidavit. Pursuit to Title 28 United States Code § 1746 (1).

## Affidavit & Statement of Facts

1) Approximately on or about April, 2019 ;I Tara Lucifer Sehkmet Xi Ali, Indigenous, Aboriginal, Moor American, National of The Aboriginal Republic of North America, Sui jurist, in propria persona; void ab initio as a pro se litigant ; henceforth referred to as me, my, myself, I; enter the Ocala, Florida; Social Security Administration building to obtain a replacement Social Security card. The purpose was to correct ,change and,update my status, and my name, using the tribal documents issued to me from my indigenous, aboriginal government; recognized by the United States Department of State. I proceeded to carry out the necessary steps at the Social Security agency, henceforth referred to as agency; henceforth referred to as the agency. I was asked by one of the employees, henceforth referred to as employees; why did I choose their location instead of the location presented on my ID, which is the city of Gainesville Florida, I was unaware that the individual is required to choose the agency just because it appears on one's identification, and not any of the other agencies in Florida, as long as one lives in Florida.. My response was that I was in the area visiting a friend, and since I was in the area, is why I made the decision to come to the Ocala agency. As time went on I was told by the agency employee, unfortunately I don't have a record of this employees name; that he could not approve my application process, because my indigenous government, is not recognized by their agency. During this procedure that the agency in another tribal member was with me whose name is, Hasinah Koda Hamaala Shizukha El, henceforth referred to as he, him. Further that he said to the agency employee, that the agency had done status correction/name change for him, with the same exact documentation I was presenting to the agency that day. Also, Hasinah Koda Hamaala Shizukha El, presented for the agency employees proof of his own Social Security card showing the change as well as other documentation. Wherefore the agency employee still would not allow me to make the correction on the Social Security application. The agency employee stated that he would accept my documentation, and he then proceeded to accept the documentation are presented. The agency employee that I would receive a correspondence in the mail. I did allow the copying of my documents. Then Hasinah Koda Hamaala Shizukha El, and myself left the agency.

2) Approximately on or about June 26, 2019; I went back to the Ocala Florida Social Security Administration, henceforth referred to as the agency; of the waiting a few months for the agency to send a letter, let me know my documentation was accepted or denied that I had left with the agency. I did not receive a letter during those few

months from the agency. Thus my reason for going back to the agency. When I went this time I was accompanied by a Minister Ambassador Menthu El, of my government, the Aboriginal Republic of North America. Here again I attempted the same procedure already mentioned in the 1st count. I was again denied, by the agency employee ,whom didn't a name; wherefore I asked to speak with a supervisor. The agency supervisor, whom didn't a name ;stated the same exact alleged policy, that the prior employee had stated. Wherefore it was stated that "the

organization was not recognized by their agency". This agency employee also asked to receive a copy of my documentation. The agency employee stated that I would be receiving a correspondence in the mail, letting me know if I was approved or not. Wherefore I agreed to this again, letting the agency employee make copies of my documentation, then, the Minister Ambassador Menthu El, and I left the agency in Ocala Florida. About a week after the visit to the agency, I received a letter, telling me I was denied, and what procedures the agency, claim I needed to make in order to have the agency make the needed for corrections of my status, and my name correction.

3) After I conducted further research of the law, I found that I was well with my rights, and it was a liberty afforded to me to make these corrections on the Social Security card, without any legal process, being that the Social Security card contains within it my property which is a former name I have been known by. Wherefore I went back Ocala Florida Social Security Administration office; henceforth referred to as the agency, to let the employees at the agency know that they were depriving me of my liberty, and deny me procedural due process. The first agency employee, with whom I spoke was with Ms. Marva Bulgin, henceforth referred to as the agency employee, she, her; who conducted herself in our interview as very unprofessional for someone who deals with the public. Further as again I was accompanied by Minister Ambassador Menthu El, of Aboriginal Republic of North America, which is recognized by the United States Department of State. Wherefore Minister Ambassador and I attempted to ask, the agency employee was she aware of the ramifications is to denying procedural due process, on the basis alleged regulation, her basic response was that it was immaterial to her what the Minister Ambassador and I was stating. Where then I asked to speak to her supervisor. She responded by stating session with her over, and she would notify the supervisor that I wanted to speak with the supervisor. Where Minister Ambassador and I went back to the common area to wait. After a brief wait, we then spoke with one of the agency supervisor, a Ms. Vanessa Callahan, who blatantly stated under no uncertain terms, regardless of how many times I petition to correct my status and name on the Social Security card I would be denied. Therefore I plainly see no need to institute any further administrative processes with this agency, for it is already stated I would be denied by one of the supervisors at the agency. The agency supervisor stated that their agency did not recognize our organization, and therefore would continue to be denied. The agency supervisor also alluded to my pass attempts to do this process, so that states to me agency has made their final decision on this matter. The Minister Ambassador and I stated to be supervisor that the agency was violating procedural process, was the supervisor aware of this, wherefore the supervisor was given notice of the agencies violation of procedural due process of law. Then Minister Ambassador and I left the agency. Wherefore I feel, I am well within the duties of the law to pursue this matter via lawfully and legal proceedings.

4) The agency did the name change for Hasinah Koda Hamaala Shizukha El before but refused to do it for me which is a violation substantial rights and procedure due process. See the social securities can not pick and choose whom they determine can correct and amend the information on an individuals social security card see Turner v. Safley, 482 U.S. 78 (1987).

5) The denial of Social Security Administration of my name change/status correction is a typical deprivation of my liberty having already done the name change/status correction based on the same documentation. See Sandin v Conner, 515 U.S. 472 (1995).

6) As an Indigenous American I have a right to assume the cultural and surnames of my ancestors.

7) The changing of my name and correction of my status reaffirm a spiritual and religious connection to my ancient indigenous ancestor of North, Central and South America. See Hakim v. Hicks, 223 F. 3d 1244 (11th Cir. 2000)

8) I allege that the depriving of my liberty to correct my name and status at the Social Security Administration takes away my complete ability to express my spiritual and religious connection to my Ancient Indigenous ancestors of North, Central and South America. See Africa v. Commonwealth of Pennsylvania, 662 F. 2d 1025 (3d Cir. 1981); Lore v. Reed, 216 F. 3d 682 (8th Cir. 2000).

9) My right to change my name is reserved under the 10th Amendment of the Constitution for the United States of America which states, "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the states respectively, or to the people.

10) Amendment 9 of the Constitution for the United States of America also preserve this right,"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people

11) Common law is still an active part of the laws of the United States of America as witnessed in Amendment 7 of the Constitution for the United States of America which states, "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

12) Court Cases from the Supreme Court of the United States and Federal Courts That Back My Common Law Right to Change my Name without a Court Order.

13) One may be employed, do business, and enter into other contracts, and sue and be sued under any name they choose *at will* (Lindon v. First National Bank 10 F. 894, Coppage v. Kansas 236 U.S. 1, In re McUlta 189 F. 250).

14) Such a change carries the exact same *legal* weight as a court decreed name change as long as it is not done with fraudulent intent (In re McUlta 189 F. 250, Christianson v. King County 196 F. 791, United States v. McKay 2 F.2d 257)

15) In re McUlta, 189 F. 250 (1911), is one of several precedent-setting federal court rulings that clearly defined and established common law name changes as a legal right

16) The case stems from a person moving from New York State to Pennsylvania. In Pennsylvania, he assumed, by common law, at will, the name of "J. D. McUlta", and then went bankrupt after several years of doing business under that name

17) The ruling states that even if a court is granted permission to change a name by petition and decree, that permission does "not change the common-law rule that a man may lawfully change his name at will and will be bound by any contract into which he enters under his adopted or reputed name, and that he may sue and be sued in that name". Explicitly, a common law name change carries the same legal weight as a court-decreed name change. The ruling also uses term of art "at will", clarifying that common law allows name changes "at will" and no court-issued order of name change is required

18) The U.S. Constitution is the Supreme Law of The Land. The Amendments to the Constitution provide individuals in this country with certain rights within the U.S. Constitution, the main protection against actions by state officials is found in the Fourteenth Amendment: "No state shall... deprive any person of life, liberty, or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

## Remedy Demand

- I require[compensatory];damages in the amount of $75,000 dollars for the discrimination and violations I have experienced; which has caused the following damages mental anguish, which contributed to a miscarriage; emotional stress sudden change in weight;loss wages for days miss from work. punitive damages of $5000 each;per employee, per incident for denial of a hearing .See In re Selcraig, C.A.5 (Tex.) 1983, 705 F.2d 789. $75,000 dollars for mental and emotional distress from being denial a liberty already grant prior,which cause physical ailments. See Thompson v, Carter, 284 F.3d 411 (2d Cir. 2002). Also see Social Security Board v. Nierotko. 327 US 358, 66 S. Ct. 637, 162 ALR 1445, 90 L. Ed. 719.

I also require a jury trial.

Made pursuant to The Constitution for the United States of America and positive law at Title 28 USCA section 1748]
UCC1-308

*[signature]*

Signature



## Social Security Administration
### Important Information

Social Security Administration
SOCIAL SECURITY
933 E SILVER SPGS BLVD
OCALA, FL 34470-6707
Date: January 22, 2019

HASINAH KODA HAMAALA SHIZUKHA EL
1813 NE 8TH AVE
GAINSVILLE, FL 32641

This is a receipt to show that you applied for a Social Security card on January 22, 2019. You should have your card in about 2 weeks. Any document(s) you have submitted are being returned to you with this receipt.

If you do not receive your Social Security card within 2 weeks, please let us know. You may call, write or visit any Social Security office. If you visit an office, please bring this receipt with you. To protect your privacy, we will not disclose a Social Security number over the telephone.

The Social Security Administration is required by law to limit replacement Social Security cards to three per year and ten per lifetime. Do not carry your Social Security card with you. Keep it in a safe location, not in your wallet.

Field Office Manager

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

**FILED**
2019 MAY 29
CLERK, US DISTRICT C...
MIDDLE DISTRICT OF...
JACKSONVILLE, ...

Aboriginal Xi Amaru Tribal Court
Indigenous Political Authority
Aboriginal Republic of North America
Shaykhamaxum Samal Shariq
Tribal Court Ordered Name Change

Tara Lucifer Sehkmet Xi Ali
Formerly known as
[Mary Latoya Smith]

BIRTH DATE: 1981

Pursuant to all Treaties
Including any and all U.S. Statutes protecting Indigenous Americans

## Tribal Court Ordered Name Correction Pursuant To Aboriginal & Federal Law

- I [Tara Lucifer Sehkmet Xi Ali] am of the age of maturity to make this affidavit and the facts herein
- I [Tara Lucifer Sehkmet Xi Ali] am mentally competent to make this Official Affidavit of Facts for the Record
- I [Tara Lucifer Sehkmet Xi Ali] have personal knowledge of the facts in this affidavit
- This affidavit is made under penalties of perjury and must be responded to by a counter affidavit within 30 days or it will stand as undisputed fact as a matter of law

"I declare under penalty of perjury under the laws of my Indigenous Nation and under the laws United States of America that the foregoing is true and correct.
[Made Pursuant to the ARNA & IPA Constitution & the United States Constitution & Title 28 USCA Section 1746]
*NOTE: This Affidavit & Order is not an attempt to defraud anyone or any entity any possible Creditors that have legitimate contracts or any of my lawful or legal obligations*
Pursuant to International Law, Domestic National Natural Law of Indigenous & Aboriginal Peoples and National/Citizens of the Republic of The United States of America, and in Compliance with United States Constitutional Treaty Standards According to Article VI of the United States Constitution the Following Living Being makes this Affidavit
[Mary Latoya Smith]

Shall be forever known by the following Native & Indigenous American Name and all records of Status will reflect the following appellation/name.
Tara Lucifer Sehkmet Xi Ali

Is a registered member of Klan: Xi-Amaru Tribal Government : IPA & Aboriginal Republic of North America an Internationally organized Indigenous Nation that works towards the efforts of claiming Indigenous Status and Rights and International laws protecting Indigenous peoples
*United Nations Declaration on the Rights of Indigenous Peoples UN61/295*
*Universal Declaration of Human Rights in Article 15:*
Article 15.
*1) Everyone has the right to a Nationality.*
*2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality*
Old Signature/Authentication Seal _____
All Rights Reserved
New Signature/ Authentication Seal _____

County ___Atlan___ State ___Nohol___

Sworn and Subscribed before me _Anthony Menthu El_ this [day] _14_ [month] _01_ [year] _2019_

Notary Signature _____

Internation Indigenous Society
Aboriginal Cherokee-Choctaw
Deputy Clerk of Court - Tribal - XI Amaru
Anthony Menthu El
Shaykhamaxum Samal Shariq
US Dep. of State Auth# 06013144-1

**Documents Enforced Pursuant to CFR 22 Foreign Correspondence section 131.1 & 131.2 USC Title 4 Section 42**

06013144-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Pennsylvania, and that such Seal(s) is/are entitled to full faith and credit.*

In testimony whereof, I, Condoleezza Rice, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of March, 2006.

Secretary of State

By_____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USE 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

*For the contents of the annexed document, the Department assumes no responsibility*

*This certificate is not valid if it is removed or altered in any way whatsoever*